Steven D. Jerome (#018420)
Gregory J. Marshall (#019886)
Andrew Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
sjerome@swlaw.com
gmarshall@swlaw.com
ahardenbrook@swlaw.com
Attorneys for U.S. Bank National
Association, as Trustee for GSAA 2007-9
by its Attorney in fact Wells Fargo Bank, N.A.,
successor by merger to Wells Fargo Home Mortgage Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>RACHAEL EARL,<br><br>Debtor. | Proceedings Under Chapter 13<br><br>Case No. 2:10-bk-27333-SSC<br><br>Adversary No. 2:10-ap-02243-SSC |
| RACHAEL EARL, an individual<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA 2007-9 BY ITS ATTORNEY IN FACT WELLS FARGO BANK N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC.; DOES 1-10,000<br><br>Defendants. | **STIPULATION EXTENDING TIME TO ANSWER OR MOVE** |

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned, that the time for Defendant U.S. Bank National Association, as Trustee for GSAA 2007-9 by

12435635

its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. to answer or move against the Complaint (D.E. No. 1) is hereby extended to and including January 28, 2011.

Dated this 13th day of January, 2011.

| LAW OFFICES OF KEVIN JENSEN, PLLC | SNELL & WILMER L.L.P. |
|---|---|
| /s/ Kevin Jensen with permission<br>Kevin Jensen<br>3740 East Southern Ave.<br>Suite 210<br>Mesa, AZ 85206<br>Attorneys for Plaintiff/Debtor | /s/ AVH (025518)<br>Steven D. Jerome<br>Gregory J. Marshall<br>Andrew V. Hardenbrook<br>One Arizona Center<br>Phoenix, AZ 85004-2202<br>Attorneys for U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. |