Steven D. Jerome (#018420)
Gregory J. Marshall (#019886)
Andrew Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: sjerome@swlaw.com
gmarshall@swlaw.com
ahardenbrook@swlaw.com
Attorneys for Defendants U.S. Bank National
Association, as Trustee for GSAA 2007-9,
and Wells Fargo Bank, N.A.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RACHAEL EARL,<br><br>   Debtor. | Proceedings Under Chapter 13<br><br>Case No. 2:10-bk-27333-SSC<br><br>Adversary No. 2:10-ap-02243-SSC |
| RACHAEL EARL, an individual<br><br>   Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA 2007-9 BY ITS ATTORNEY IN FACT WELLS FARGO BANK N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC.; DOES 1-10,000<br><br>   Defendants. | **MOTION TO EXCEED PAGE LIMITS IN DEFENDANTS' MOTION TO DISMISS** |

  Defendants U.S. Bank National Association, as Trustee for GSAA 2007 ("US Bank"), and Wells Fargo Bank, N.A. ("Wells Fargo"), hereby respectfully request permission from this Court to file their "Motion to Dismiss"[1] in a number of pages exceeding the presumptive limit of fifteen (15) pages under Local Bankruptcy Rule 9013-1(b). Defendants exceeded the presumptive limit by two pages to fully set forth the lengthy procedural history between the parties and the subject

---

[1] Capitalized terms not otherwise defined shall have the meaning attributed to those terms in the Motion to Dismiss.

12513841

property. As set forth more fully in the Motion to Dismiss, Plaintiff has made many of the same allegations and/or claims set forth in her Complaint [D.E. 1] in no less than four separate instances: (i) in a complaint filed by Plaintiff in state court, which was subsequently removed to federal court and dismissed; (ii) in defense of US Bank's forcible entry and detainer action in state court in which US Bank ultimately prevailed; (iii) in defense of US Bank's First Motion to Lift Stay filed in Plaintiff's First Bankruptcy Proceeding after which the First Bankruptcy Court granted US Bank's motion; and (iv) in a motion to reconsider the First Bankruptcy Court's order lifting the stay, which the First Bankruptcy Court denied. Developing this procedural history was necessary to provide context for the Court, and Defendants were unable to set out the procedural history and adequately address all of the issues raised in Complaint within the page limitation set for in the Local Rules.

WHEREFORE, Defendants request that the Court authorize them to exceed the fifteen (15) page limit as to their Motion to Dismiss the Complaint. Defendants have separately lodged a proposed form of order.

DATED this 28th day of January, 2011.

SNELL & WILMER L.L.P.


By: /s/ AVH (025518)
Steven D. Jerome
Gregory J. Marshall
Andrew Hardenbrook
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Defendants U.S. Bank National
Association, as Trustee for GSAA 2007-9,
and Wells Fargo Bank, N.A.

12513841

| | |
|---|---|
| 1 | COPY of the foregoing served by electronic notification or U.S. Mail on |
| 2 | January 28, 2011, to: |
| 3 | Kevin Lee Jensen |
| | Law Offices of Kevin Lee Jensen PLLC |
| 4 | 3740 E. Southern Avenue, Suite 210 |
| | Mesa, AZ 85206 |
| 5 | Email: Kevin@jensenlawaz.com |
| 6 | Office of the U.S. Trustee |
| | 230 N. First Avenue, Suite 204 |
| 7 | Phoenix, AZ 85003 |
| | Email: ustpregion14.px.ecf@usdoj.gov |

/s/ Margie Johnson

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

12513841