Steven D. Jerome (#018420)
Gregory J. Marshall (#019886)
Andrew Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: sjerome@swlaw.com
gmarshall@swlaw.com
ahardenbrook@swlaw.com
Attorneys for Defendants U.S. Bank National
Association, as Trustee for GSAA 2007-9,
and Wells Fargo Bank, N.A.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RACHAEL EARL,<br><br>Debtor. | Proceedings Under Chapter 13<br><br>Case No. 2:10-bk-27333-SSC<br><br>Adversary No. 2:10-ap-02243-SSC |
| RACHAEL EARL, an individual<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA 2007-9 BY ITS ATTORNEY IN FACT WELLS FARGO BANK N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC.; DOES 1-10,000<br><br>Defendants. | **CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION TO DISMISS**<br><br>Hearing Date: March 9, 2011<br>Hearing Time: 10:00 a.m.<br>Hearing Location: 230 N First Avenue<br>Courtroom 701<br>Phoenix, AZ 86701<br><br>Relates to DE No. 5 |

I, Jennette Golder, am an employee of the law firm of Snell & Wilmer L.L.P. and am authorized to make this certificate on behalf of U.S. Bank National Association, as Trustee for GSAA 2007-9, and Wells Fargo Bank, N.A. I am a citizen of the United States of America over the age of 18, and am otherwise competent to testify to the facts stated herein.

12526321

On January 31, 2011, I served a copy of the "Notice of Hearing on Motion to Dismiss" by Email on the Service List below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January, 2011.

/s/ Jennette Golder
Jennette Golder

**Service List**

Kevin Lee Jensen
Law Offices of Kevin Lee Jensen PLLC
3740 E. Southern Avenue, Suite 210
Mesa, AZ 85206
Email: Kevin@jensenlawaz.com

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

12526321