# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RACHAEL ANNE EARL |
| **Case Number:** | 2:10-bk-27333-SSC |
| **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 09, 2011 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

ADV: 2-10-02243

**RACHAEL ANNE EARL vs US Bank National Association, as Trustee**

HEARING RE Motion to Dismiss Complaint filed by ANDREW HARDENBROOK of SNELL & WILMER LLP on behalf of WELLS FARGO BANK, N.A., US Bank National Association, as Trustee for GSAA 2007-9

R / M #:   5 / 0

## Appearances:

STEVEN JEROME & ANDREW HARDENBROOK, ATTORNEYS FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE

## Proceedings:

Mr. Jerome argues his motion to dismiss. He states that the plaintiff has not stated a claim

COURT: THE COURT NOTES THE PLAINTIFF IS NOT PRESENT. IT IS ORDERED TAKING THIS MATTER UNDER ADVISEMENT.

c M Mathus
  D Judd