Steven D. Jerome (#018420)
Andrew Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: sjerome@swlaw.com
       ahardenbrook@swlaw.com
Attorneys for Defendants U.S. Bank National
Association, as Trustee for GSAA 2007-9,
and Wells Fargo Bank, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RACHAEL EARL,<br><br>         Debtor. | Proceedings Under Chapter 13<br><br>Case No. 2:10-bk-27333-SSC<br><br>Adversary No. 2:10-ap-02243-SSC |
| RACHAEL EARL, an individual<br><br>         Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA 2007-9 BY ITS ATTORNEY IN FACT WELLS FARGO BANK N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC.; DOES 1-10,000<br><br>         Defendants. | **DEFENDANTS' PRELIMINARY LIST OF WITNESSES AND EXHIBITS** |

Defendants U.S. Bank National Association, ("US Bank"), by and through undersigned counsel, hereby submits its list of witnesses and exhibits:[1]

**I.  WITNESSES US BANK INTENDS TO CALL AT HEARING**

1. Christopher Reich (by Declaration)
2. Lisa Rogers

---

[1] Defendant reserves the right to utilize additional witnesses and documents not listed herein. Plaintiff did not file its list until after 8:00 p.m. the night before the preliminary injunction hearing.

13327485.1

3. Any witnesses necessary to establish foundation for documentary evidence;

4. Any fact witness listed by Plaintiff in its disclosure of witnesses and exhibits, or otherwise sought to be presented at the Hearing; and

5. Any other person(s) with knowledge of the relevant facts and circumstances in this case that are necessary to rebut any fact offered by Plaintiff.

## II. EXHIBITS US BANK INTENDS TO USE AT EVIDENTIARY HEARING [2]

A. Note, dated April 12, 2007;

B. Deed of Trust, dated April 12, 2007;

C. Notice of Default, dated November 16, 2008;

D. Corporation Assignment Deed of Trust, dated January 15, 2008;

E. Statement of Breach or Non- Performance, dated January 15, 2008;

F. Substitution of Trustee, recorded in the Maricopa County Recorder's Office on January 16, 2009, as Sequence Number 2009-0041299;

G. Notice of Trustee's Sale, recorded in the Maricopa County Recorder's Office on January 16, 2009, as Sequence Number 2009-0041300;

H. Affidavit of Publication for Notice of Trustees Sale, published on February 5, 12, 19, and 26, 2009;

I. Affidavit of Posting Notice of Trustee's Sale, dated March 16, 2009;

J. Letter from Tiffany & Bosco to R. Earl, dated June 30, 2009;

K. Letter from R. Earl to Tiffany & Bosco, dated July 15, 2009;

L. Letter from Wells Fargo Home Mortgage to R. Earl, dated August 12, 2009;

M. Letter from Wells Fargo Home Mortgage to R. Earl, dated September 15, 2009;

N. Letter from Wells Fargo Home Mortgage to R. Earl, dated September 16, 2009;

---

[2] Exhibits A-DD are attached to "Defendants' Preliminary Injunction Hearing Memorandum" filed on June 28, 2011 (Docket No. 21).

13327485.1

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

| | | |
|---|---|---|
| O. | Letter from Wells Fargo Home Mortgage to R. Earl, dated September 18, 2009; |
| P. | Letter from Tiffany & Bosco to R. Earl, dated January 7, 2010; |
| Q. | Trustee's Deed Upon Sale recorded in Maricopa County Recorder's Office on January 15, 2010, as Sequence Number 2010-0035162. |
| R. | Complaint, dated February 2, 2010 (CV2010-006146); |
| S. | Motion for Judgment on the Pleadings, dated March 8, 2010 (CV2010-006146); |
| T. | Docket of CV2010-006146, as of January 1, 2010; |
| U. | Verified Complaint for Emergency Temporary Restraining Order and Request for Declaratory and Injunctive Relief to Vacate Trustee's Sale, dated February 19, 2010 (CV2010-090616); |
| V. | Order, dated May 18, 2010 (2:10-cv-00678); |
| W. | Plaintiffs Motion to Dismiss Complaint Without Prejudice, dated July 12, 2010 (2:10-cv-00678); |
| X. | Order, dated August 10, 2010 (2:10-cv-00678); |
| Y. | Judgment of Dismissal in a Civil Case, dated August 11, 2010 (2:10-cv-00678); |
| Z. | Order, dated May 17, 2010 (2:10-bk-05650); |
| AA. | Order, dated May 24, 2010 (2:10-bk-05650); |
| BB. | Minute Entry, dated August 19, 2010 (CV2010-006146); |
| CC. | Opposition to Plaintiff's Motion for Judgment on the Pleadings, dated July 7, 2010 (CV2010-006146); |
| DD. | Amended Order, dated November 23, 2010 (CV2010-006146); |
| EE. | Declaration of Christopher Reich, dated June 28, 2010; |
| FF. | TDUSDS Report, dated June 24, 2011; |

GG. Without waiving any objections to their admissibility, any exhibits listed by Plaintiff in its disclosure of witnesses and exhibits, or otherwise sought to be presented at the Hearing; and

HH. Any exhibits necessary to rebut any facts or opinions disclosed, or sought to be presented at the Hearing, by Plaintiff.

Dated this 29th day of June, 2011.

SNELL & WILMER L.L.P.

By: /s/ SDJ - 018420
Steven D. Jerome
Andrew V. Hardenbrook
Attorneys for Defendants U.S. Bank National Association, as Trustee for GSAA 2007-9, and Wells Fargo Bank, N.A.

COPY of the foregoing served by
electronic notification or U.S. Mail on
June 29, 2011, to:

Kevin Lee Jensen
Law Offices of Kevin Lee Jensen PLLC
3740 E. Southern Avenue, Suite 210
Mesa, AZ 85206
Email: Kevin@jensenlawaz.com

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov

/s/ Mary J. Minnick