# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

*Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | RACHAEL ANNE EARL | | |
| **Case Number:** | 2:10-bk-27333-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 07, 2012 01:30 PM 7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | LAURIE STALLMAN | | |

*Matters:*

1) ADV: 2-10-02243

   **RACHAEL ANNE EARL vs US Bank National Association, as Trustee**

   HEARING RE Amended Motion to Dismiss Complaint /Amended Motion to: (i) Dismiss First Amended Complaint and (ii) Strike Declarations from First Amended Complaint filed by ANDREW HARDENBROOK of SNELL & WILMER LLP on behalf of Michael A. Bosco, Jr., Paula Gruntmeir, US Bank National Association, as Trustee for GSAA 2007-9, WELLS FARGO BANK, N.A

   R / M #: 33 / 65

2) ADV: 2-10-02243

   **RACHAEL ANNE EARL vs US Bank National Association, as Trustee**

   HEARING RE Motion to Dismiss Adversary Proceeding filed by LEONARD 1 MCDONALD JR. of TIFFANY & BOSCO, P.A. on behalf of Paula Gruntmeir, Michael A. Bosco, Jr

   R / M #: 19 / 65

*Appearances:*

KEVIN LEE JENSEN, ATTORNEY FOR RACHAEL ANNE EARL
STEVEN D. JEROME, ATTORNEY FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE
DAVID COWLES, ATTORNEY FOR US BANK NATIONAL ASSOCIATION

*Proceedings:*

Mr. Jerome argues the Motion to Dismiss the and notes the first amended complaint has 5 stylized causes of action. He argues Count 1 and 5 of the Complaint should be dismissed; and that leaves the 2,3 and 4th cause of action to be decided.

Mr. Cowles advises Mr. Jerome covered the points he would have covered as well. The 1st amended complaint doesn't purport to state any claim against Bosco or Gruntmeir. Mr. Cowles advises Mr. Jensen filed a Notice of Supplemental Exhibit
yesterday that purports to be a complete copy of the file relating to a complaint that Ms. Earl made to the Attorney General against Ms. Gruntmeier regarding her duties as a Notary Public. He did bring copies of the decision of the appeal taken on behalf of Ms. Grunt and the letter written by the Attorney General. and the reinstatement of her notary.

Mr. Jensen responds to the arguments made by Mr. Jerome. He disputes there was ever a default in this case and urges the Court to deny the Motion to Dismiss.

COURT: MR. COWLES IS DIRECTED TO ELECTRONICALLY THE NOTICE OF APPEAL, COPY OF FEBRUARY 24TH LETTER FROM SECRETARY OF STATE, COPY OF MARCH 29TH LETTER TO PAULA GRUNTMEIR FROM THE ATTORNEY GENERAL REVERSING THE EARLIER DECISION.

IT IS ORDERED DENYING THE AMENDED COMPLAINT AS TO THE TRUSTEE, PAULA GRUNTMEIR AND AS TO THE CLAIM FOR INJUNCTIVE RELIEF.

IT IS ORDERED TAKING THE OTHER MATTERS UNDER ADVISEMENT.