
IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

Dated: June 21, 2012

*Sarah S. Curley* (signature)

**Sarah S. Curley, Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Michael A. Bosco, Jr.,
and Paula Gruntmeir
10-01475

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-27333-SSC |
| RACHAEL EARL, | AP No. 2:10-ap-02243-SSC |
| Debtor. | Chapter 13 |
| RACHAEL EARL, an individual, | O R D E R |
| Plaintiff, | (Related to Docket #19) |
| vs. | Hearing Date: June 7, 2012 |
| US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA 2007-9 BY ITS ATTORNEY IN FACT WELLS FARGO BANK N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC., MICHAEL A. BOSCO, JR. AS TRUSTEE, PAULA GRUNTMEIR, MARICOPA COUNTY NOTARY PUBLIC, AND DOES 1-10,000, | |
| Defendants. | |

By agreement of the parties, as set forth on the record of the June 7, 2012 hearing on the

Defendants' motions to dismiss,


Case 2:10-ap-02243-SSC    Doc 68    Filed 06/21/12    Entered 06/22/12 11:39:06    Desc
Main Document - Motion to Dismiss Adversary Proceeding    Page 1 of 2

**IT IS HEREBY ORDERED** dismissing Count One of the First Amended Complaint with prejudice in its entirety as against all Defendants.

**IT IS FURTHER ORDEREDED** dismissing with prejudice all claims against Defendant Michael A. Bosco, Jr., and Defendant Paula Gruntmeir.