**LAW OFFICES OF KEVIN JENSEN, PLLC**
ATTORNEYS and COUNSELORS at LAW
3740 EAST SOUTHERN AVENUE
SUITE 210
MESA, ARIZONA 85206
TELEPHONE (480) 632-7373
FACSIMILE (480) 632-8383

Kevin Jensen, State Bar No. 021524

*Attorneys for Plaintiffs*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re: | **Case No.: 2:10-bk-27333** |
|---|---|
| RACHAEL EARL, | **Adversary No.: 2:10-ap-02243-SSC** |
| Debtor | **PLAINTIFF'S MOTION TO VACATE ORDER** |
| RACHAEL EARL, an individual, | **Honorable Sarah Sharer Curley** |
| Plaintiff, | |
| vs. | |
| US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA 2007-9 BY ITS ATTORNEY IN FACT WELLS FARGO BANK N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC., MICHAEL A. BOSCO, JR. AS TRUSTEE, PAULA GRUNTMEIR, MARICOPA COUNTY NOTARY PUBLIC, AND DOES 1-10,000; | |
| Defendants. | |

Plaintiff, Rachael Earl, hereby requests the Court vacate the order granting

dismissal with prejudice as to her injunction claims and Michael A. Bosco Jr. and Paula

Gruntmeir. Plaintiff requests that the dismissal be granted without prejudice on the Injunction claim as well as against Defendants Michael A. Bosco, Jr. and Paula Gruntmeir for the following reasons:

Plaintiff's claim for Injunction was granted by the Court and then dissolved as a matter of law due to the Anti-Injunction Act based solely upon Plaintiff's prior judgment for Forcible Detainer in the Superior Court of Arizona. The Forcible Detainer judgment is currently on appeal, and dependent upon the outcome of the appeal, Plaintiff may again request an Injunction from this Court should the judgment be overturned on appeal. The order as written would prevent any injunction claims against any of the named Defendants, and would be res judicata on the claim of injunction.

Additionally, Plaintiff alleges wrongdoing in her Complaint against Michael A. Bosco, Jr., the alleged trustee over her real property as well as Paula Gruntmeir, Maricopa County Notary Public. Plaintiff did not bring specific claims against these parties in her Complaint and agreed to dismissal on those grounds, but the facts of the Complaint remain, and Plaintiff requests the ability to reserve the right to bring additional claims against these parties in the future and requests that the Court not bar future claims that also allege the specific set of facts presented in the Complaint.

WHEREFORE, Plaintiff requests that the signed order be vacated and that the dismissals be without prejudice, rather than as written, so as to not bar future claims for Injunction against all Defendants and would not bar Plaintiff from filing other claims with the same set of facts against Michael A. Bosco Jr. and Paula Gruntmeir.

| | |
|---|---|
| 1 | DATED this 22nd day of June, 2012 |
| 2 | **LAW OFFICES OF KEVIN JENSEN, PLLC** |

By   /s/ Kevin Jensen
   Kevin Jensen
   Attorneys for Plaintiff

**ORIGINAL** of the foregoing filed this 22nd day of June, 2012, with:

**U.S. BANKRUPTCY COURT DISTRICT OF ARIZONA**
230 North First Avenue, Suite 101
Phoenix, Arizona 85003-1727

**Steven D. Jerome**
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

**TIFFANY AND BOSCO, P.A.**
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

 /s/ Lisa Orr