Steven D. Jerome (#018420)
Gregory J. Marshall (#019886)
Andrew Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: sjerome@swlaw.com
 gmarshall@swlaw.com
 ahardenbrook@swlaw.com
Attorneys for Defendants U.S. Bank National Association, as Trustee for GSAA 2007-9, and Wells Fargo Bank, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RACHAEL EARL,<br><br>Debtor. | Proceedings Under Chapter 13<br><br>Case No. 2:10-bk-27333-SSC<br><br>**Adversary No. 2:10-ap-02243-SSC** |
| RACHAEL EARL, an individual<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAA 2007-9 BY ITS ATTORNEY IN FACT WELLS FARGO BANK N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC.; MICHAEL A. BOSCO, JR., AS TRUSTEE; PAULA GRUNTMEIR, MARICOPA COUNTY NOTARY PUBLIC; DOES 1-10,000,<br><br>Defendants. | **DECLARATION OF JENNIFER L. HAMLIN IN SUPPORT OF RESPONSE TO 1) PLAINTIFF'S REQUEST FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT TO RULE 9024; AND 2) REQUEST TO RETAIN JURISDICTION**<br><br>Relates to Adv. Dkt #s 101 and 102 |

I, Jennifer L. Hamlin, declare as follows:

1. I am over the age of 18 years and am duly authorized to make this Declaration;

2. I am a Default Servicing Manager for the financial services department of Tiffany & Bosco, P.A. ("T&B").

18155812.1

Case 2:10-ap-02243-SSC   Doc 109   Filed 10/28/13   Entered 10/28/13 17:21:12   Desc
Main Document    Page 1 of 3

3. As a Default Servicing Manager, I am familiar with T&B's practices and procedures in connection with non-judicial foreclosure process. I also am familiar with T&B's business records related to the trustee's sale of that certain real property generally located at 1311 S. Claiborne Ave., Gilbert AZ 85296 that occurred on January 14, 2010 ("Trustee's Sale"). Except as stated otherwise, all information stated in this Declaration is based upon my personal knowledge, or from the business records of T&B, which are made at or near the time that the records are created and/or executed, and are maintained in the regular course of its business, and which are currently in my custody.

4. I submit this Declaration in support of the "Response to (1) Plaintiff's Request For Relief From A Judgment Or Order Pursuant To Rule 9024 and (2) Request to Retain Jurisdiction" filed by Defendants U.S. Bank National Association, as Trustee for GSAA 2007 and Wells Fargo Bank, N.A.

5. I have reviewed the business records of T&B related to that certain Trustee's Deed Upon Sale recorded in the Maricopa County Recorder's Office on January 15, 2010 as Sequence Number 2010-0035162 ("Trustee's Deed").

6. The Trustee's Deed was created by T&B utilizing its computer system at 3:50:48 p.m. on January 14, 2010.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information and belief. Executed this 28th day of October, 2013, in Phoenix, Arizona.

Jennifer L. Hamlin
Default Servicing Manager
Tiffany & Bosco, P.A.

COPY of the foregoing served by electronic notification or U.S. Mail on 28th day of October, 2013, to:

Kevin Lee Jensen, Esq.
Law Offices of Kevin Lee Jensen PLLC
3740 E. Southern Avenue, Suite 210
Mesa, AZ 85206
Email: Kevin@jensenlawaz.com

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov

Rachael Anne Earl
1311 S. Claiborne Ave.
Gilbert, AZ 85296


/s/ Andrew V. Hardenbrook